IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00007-MEH

WADE M. CARTHON,

    Plaintiff,

v.

BALFOUR SENIOR CARE, LLC d/b/a Balfour Senior Living,
a/k/a BSL Center, Balfour at Riverfront Park, and Balfour Care,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation for Dismissal [filed October 19, 2021; ECF 65]. The Court construes the Stipulation as a response to the order to show cause issued yesterday. ECF 64. Consequently, the order to show cause is **discharged**. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Stipulation. Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary. Also, the Final Pretrial Conference set for April 11, 2022 is **vacated**.

    Dated and entered at Denver, Colorado, this 19th day of October, 2021.

                                                    BY THE COURT:

                                                    *Michael E. Hegarty*

                                                    Michael E. Hegarty
                                                    United States Magistrate Judge